

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00461-CV

———————————————

IN RE METROPLEX, LLC D/B/A METROPLEX CHRYSLER DODGE JEEP RAM FIAT LLC, AND CLARENCE FOSTER AND DANIEL WHITE, DERIVATIVELY ON BEHALF OF METROPLEX CHRYSLER DODGE JEEP RAM FIAT LLC., Relators

Original Proceeding
Trial Court No. 236-309611-19

Before Sudderth, C.J.; Gabriel and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: January 8, 2020